Scott Lieske, Esq. #016250
Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| **MONTE ROGERS** | Case No. 2:11-bk-09878-MCW |
| and | **TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT** |
| **NATALIE ROGERS**, | |
| Debtor(s). | Proof of claim # 02 |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P., moves the Court to allow him to pay the Court unclaimed funds. The Trustee issued a check totaling **$94.28** to the creditor but the check has not been cashed by the creditor.

The Trustee has attempted to contact creditor Northstar Capital Acquisition at its last known address of 170 North Pointe Pwky Suite 300 Amherst, NY 14228 but those attempts have been unsuccessful. Additional attempts to contact creditor via telephone has been unsuccessful.

/././

Scott Lieske, Esq. ABN 016250
Rachel Flinn, Esq. ABN 027000
Staff Attorneys for Chapter 13 Trustee
*slieske@ch13bk.com*
*rflinn@ch13bk.com*

# CERTIFICATE OF MAILING

I, Becky Kahlstorf, do hereby certify that a copy of the **Motion** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

Northstar Capital Acquisition
170 North Pointe Pwky
Suite 300
Amherst, NY 14228
Creditor

MONTE ROGERS
NATALIE ROGERS
P O BOX 206
PEORIA, AZ 85345
Debtor(s)

MARK WESBROOKS
THE WESBROOKS LAW FIRM, PLLC
15396 N. 83RD AVE.
STE C-100
PEORIA, AZ 85381
Attorney for Debtor(s)

Becky Kahlstorf
*bkahlstorf@ch13bk.com*